## (May 10, 1956)

■ CITY OF ALBANY, Respondent, v. COPLIN YARAS, Appellant, et al., Defendants.— Motion for permission to appeal to the Court of Appeals upon certified questions. Motion granted and this court certifies the following question: Did this court err as a matter of law in dismissing the appeal taken to this court by the defendant-appellant from an order and judgment of the County Court of Albany County dated December 22, 1955? Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ. [See 1 A D 2d 989.]

■ In the Matter of the AMERICAN PROTESTANT DEFENSE LEAGUE, INC., Petitioner, against THOMAS J. CURRAN, as Secretary of State, Respondent. HENRY J. ACKER et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of CHARLES BAMBARA, Appellant, against ANCHOR MOTOR FREIGHT NEW YORK CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of REBECCA R. BARBOUR, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— Application for an allowance of counsel fees pursuant to subdivision 1 of section 538 of the Labor Law. Application granted and applicant is awarded the sum of $100 to be paid by the Industrial Commissioner. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ JACK BASS, Plaintiff, v. SARATOGA HARNESS RACING ASSOCIATION, INC., et al., Defendants. ARTHUR BIRNBAUM, Plaintiff, v. SARATOGA HARNESS RACING ASSOCIATION, INC., et al., Defendants.— Motion to dismiss appeal denied, without costs, the appeal having been submitted since this motion was noticed. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of GEORGE J. DE ROSSI, Appellant, against THERESA DE ROSSI, Doing Business as DE ROSSI'S SUPER MARKET et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of CHARLOTTE ESCH, Appellant, against E. F. DALEY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.